IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE CHARLOTTE N. SWEENEY**

| Civil Action: | 22-cv-00857-CNS-NRN | Date: December 8, 2022 |
|---|---|---|
| Courtroom Deputy: | Julie Dynes | Court Reporter: Sarah Mitchell |

| *Parties* | *Counsel* |
|---|---|
| IAN EWERT | *Raymond Bryant* |
|  | *Zachary Shiffler* |
| **Plaintiff** | |
| v. | |
| BRIAN MARTINEZ | *DJ Goldfarb* |
| **Defendant** | |

## COURTROOM MINUTES

**ORAL ARGUMENT**

Court in Session: 1:32 p.m.

Appearance of counsel.

Argument as to [18] Brian Martinez's Motion for Summary Judgment by Mr. Goldfarb and Mr. Bryant with questions from the Court.

The Court makes findings of fact, conclusions of law. As outlined on the record it is

**ORDERED:** **[18] Brian Martinez's Motion for Summary Judgment is GRANTED and the case is dismissed. Judgment to enter.**

Court in Recess: 2:37 p.m.         Hearing concluded.         Total time in Court: 01:05